```
               UNITED STATES DISTRICT COURT

             DISTRICT OF MASSACHUSETTS (Boston)


                                  21-cr-10174-WGY




****************************************
                                       *
United States vs. Jacob Mosko          *   JUDGE'S FINDINGS
                                       *
****************************************




         BEFORE:   Honorable Judge William G. Young



                    Richard H. Romanow
                  Official Court Reporter
                United States District Court
                     1 Courthouse Way
                Boston, Massachusetts 02210

                  Tuesday, June 13, 2023
```

1      THE COURT:  Mr. Jacob Mosko, pursuant to 18 United
2 States Code Section 3553(a), the information from the
3 United States Attorney, your attorney, the probation
4 officer, this Court sentences you on each of the counts
5 of conviction to 2 years -- 24 months in the custody of
6 the United States Attorney General, the sentence on each
7 count to run concurrent, one with the other.  Thereafter
8 the Court places you on supervised release for a period
9 of 3 years with all the general and special conditions
10 set forth on Pages 18 and 19 of the presentence report.
11 The Court imposes no fine due to your inability to pay a
12 fine.  The Court imposes a special assessment, as
13 required by the law, of $100 on each count for a total
14 of $200.  Let me explain this sentence to you.
15      The lawyers do what they're supposed to do, and
16 they've done it very well, your counsel made an
17 excellent argument on your behalf, as did the
18 government.  A sensitive argument on both sides.  But
19 the sentence is mine, my responsibility.  And in the
20 view of this Court, the conduct in which you engaged --
21 and I do not reevaluate the sentencing guidelines and
22 call you a "minimal participant," you've gotten such
23 advantage as the guidelines will give you, a 2-year
24 sentence is the right sentence.  These drugs are
25 hideously dangerous.  And I recognize that you're

wrestling with substance abuse and, um, through the time that you'll be on supervised release, every effort will be made to assist you with that. But I simply cannot -- well I can, but I will not go for a sentence of time-served.

I'm not insensitive to the amount of time you've already been in prison and I want on the record to give you credit for that time. He shall have credit from July 13th, 2021 through July 20th, 2021, and then February 3rd, 2022 until the present, as your counsel has properly pointed out. But a sentence must be sufficient to accomplish the goals of the criminal justice system, the sentence I have imposed is a fair and a just sentence.

You have the right to appeal from any findings or rulings the Court has made against you. Should your appeal be successful in whole or in part and the case remanded, you'll be resentenced before another judge. Mr. Cipoletta, if an appeal is decided upon, you want transcript, seek it from this session of the court because I will turn it around right away.

Do you understand?

MR. CIPOLETTA: Yes, thank you, your Honor.

THE COURT: That's the sentence of the Court. We'll recess.

```
 1          (Ends, 2:45 p.m.)
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```