UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 21-CR-10174-WGY |
| RYAN OUELLETTE, | |
| Defendant. | |

**ASSENTED-TO MOTION TO CONTINUE TRIAL**

Defendant Ryan Ouellette ("Mr. Ouellette") respectfully moves this Honorable Court to continue the trial scheduled for December 11, 2023 to May 6, 2023. Further, Mr. Ouellette agrees to exclude the time to May 6, 2024.

As grounds, the undersigned was appointed by the Court as successor counsel several months ago on August 7, 2023. *See* D.E. 112. Moreover, both government counsel and defense counsel begin another trial in a different matter on November 27, 2023, and have been preparing intensely for that trial in recent weeks. Further, the parties are in plea negotiations in this case and there remains an opportunity to resolve this case short of trial; counsel expect to resume their negotiations following their upcoming trial in that separate matter.

The undersigned has conferred with counsel for the government who assents to this motion.

Based on the foregoing, Mr. Ouellette respectfully requests the Court ALLOW this assented-to motion.

1

DATE: November 17, 2023	Respectfully Submitted,
	RYAN OUELLETTE
	By his attorney:

	/s/ David J. Grimaldi
	David J. Grimaldi (BBO # 669343)
	David J. Grimaldi, P.C.
	929 Massachusetts Avenue, Suite 200
	Cambridge, MA 02139
	Tel: 617-661-1529
	Fax: 857-362-7889
	david@attorneygrimaldi.com

Certificate of Service

I hereby certify that a true copy of this filing was served on all registered participants by CM/ECF on November 17, 2023.

	/s/ David J. Grimaldi
	David J. Grimaldi

2